IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RONNIE DUNAGAN**                                                                             **PETITIONER**

vs.                                                        CIVIL ACTION No.: 3:19-CV-673-HTW-LGI

**BILLY SOLLIE**                                                                                **RESPONDENT**

### ORDER

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge **[Docket no. 8]** issued by Magistrate Judge LaKeysha Greer Isaac. In her Report and Recommendation, filed on March 10, 2021, Magistrate Judge Isaac recommended that the Respondent's Motion to Dismiss **[Docket no. 6]** be GRANTED and the Petition for Writ of *Habeas Corpus* [Docket no. 1] be DISMISSED. Magistrate Judge Isaac directed the *pro se* petitioner to file any objections within fourteen (14) days. The petitioner failed to file any objection to date.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 8]**, this court finds it well-taken. Magistrate Judge Isaac carefully examined petitioner's entire Petition, identified the operative issues and cogent facts and crafted a well-versed Report and Recommendation. Therefore, this court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

This order, commensurately, hereby **DISMISSES** this lawsuit **WITHOUT PREJUDICE.** The parties are to bear their own costs.

A final order adverse to the petitioner having been filed in the captioned *habeas corpus* case, in which the detention complained of arises out of process issued by a federal court or a proceeding pursuant to 28 U.S.C. § 2254, the court, considering the record in the case and the

1

requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

**SO ORDERED AND ADJUDGED this the 20th day of May, 2021.**

**s/ Henry T. Wingate**
**UNITED STATES DISTRICT COURT JUDGE**